# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **C.B. and A.C. by and through C.B.,** : | CIVIL ACTION NO. 1:07-CV-0642 |
| **Plaintiffs** : | (Judge Conner) |
| v. : | |
| **CENTRAL DAUPHIN SCHOOL DISTRICT, et al.,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 25th day of April, 2007, upon consideration of the motion to dismiss the original complaint (Doc. 13), and it appearing that plaintiffs have filed an amended complaint (Doc. 20), and that defendants subsequently filed a motion to dismiss the amended complaint (Doc. 27), it is hereby ORDERED that the motion to dismiss the original complaint (Doc. 13) is DENIED as moot.

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge