IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **C.B. and A.C. by and through C.B.,** : | CIVIL ACTION NO. 1:07-CV-0642 |
| **Plaintiffs** : | (Judge Conner) |
| v. : | |
| **CENTRAL DAUPHIN SCHOOL DISTRICT, et al.,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 3rd day of May, 2007, upon consideration of plaintiffs' motion for preliminary injunction (Doc. 15), and, following a telephone conference with the parties, it appearing that plaintiffs do not intend to seek a preliminary injunction at this time, it is hereby ORDERED that the motion for preliminary injunction (Doc. 15) is DENIED without prejudice.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge