# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **C.B. and A.C. by and through C.B.,** : | **CIVIL ACTION NO. 1:07-CV-0642** |
| **Plaintiffs** : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **CENTRAL DAUPHIN SCHOOL** : | |
| **DISTRICT, Dr. John A. Scola,** : | |
| **Superintendent, Todd A. Neuhard,** : | |
| **Principal, Sherry L. Conway, Home** : | |
| **School Officer,** : | |
| **Defendants** : | |

## **O R D E R**

AND NOW, this 30th day of July, 2007, upon consideration of plaintiffs' motion (Doc. 43) for leave to dismiss this action, it is hereby ORDERED that the Amended Complaint be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Clerk is directed to mark the case closed.

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge